## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ORESTES PACHECO, | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 12-00410-KD-M** |
| | ) | |
| SAM COCHRAN, | ) | |
|     **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order issued on this date regarding Defendant's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered as follows: 1) **JUDGMENT** is entered in favor of Defendant Sam Cochran and against Plaintiff Orestes Pacheco on Plaintiff's 42 U.S.C. § 1983 claim against Defendant Cochran, such that this claim is **DISMISSED with prejudice;** and 2) Plaintiff's Ala. Code § 14-6-19 state law claim against Defendant Sam Cochran is **DISMISSED WITHOUT PREJUDICE**, as the Court declines to continue exercising supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367.

**DONE** and **ORDERED** this the **6**th day of **January 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1